UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MAXINE L. JOHNSON-HARRIS,

                          Plaintiff,

    -against-                                              18 CIVIL 4517 (NSR)

## JUDGMENT

UNITED STATES OF AMERICA,

                          Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 8, 2021, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

        September 9, 2021

                                                             **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                          **BY:**
                                                            **Deputy Clerk**